James R. Hawkins (SBN 192925)
Christina M. Lucio (SBN 253677)
Nicholas W. Schieffelin (SBN 302329)
**JAMES HAWKINS APLC**
9880 Research Drive, Suite 200
Irvine, California 92618
Telephone: (949) 387-7200
Facsimile: (949) 387-6676
james@jameshawkinsaplc.com
christina@jameshawkinsaplc.com
nick@jameshawkinsaplc.com

Attorneys for Plaintiff EVA VOLLERA, individually, and on behalf of herself and all others similarly situated

*[Additional counsel listed on the following page]*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

EVA VOLLERA, individually, and on behalf of herself and all others similarly situated,

Plaintiff,

v.

UNITED AIRLINES, INC., a Delaware Corporation; and DOES 1-50, inclusive,

Defendants.

Case No. 2:24-cv-10465-DFM

Assigned to: Judge Douglas F. McCormick

**JOINT STATUS REPORT**

Complaint Filed: September 12, 2026
Removal Date: December 4, 2024

ADAM P. KOHSWEENEY (SBN 229983)
akohsweeney@omm.com
KATY (YIN YEE) HO (SBN 322042)
kho@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: 415-984-8700
Facsimile: 415-984-8701

Attorneys for Defendant UNITED AIRLINES, INC.

Pursuant to the Court's March 30, 2026, Order (Doc. 28), Plaintiff Eva Vollera and Defendant United Airlines, Inc., hereby provide the Court a proposed briefing and hearing schedule on Plaintiff's motion for class certification.

Since the last status conference, the Parties have continued to progress with discovery. The Parties anticipate substantially completing written discovery and Rule 30(b)(6) / PMQ depositions by November 18, 2026.

Given the anticipated completion of class-related discovery, the Parties propose the following schedule to govern expert discovery and class certification proceedings:

| Event | Date |
| --- | --- |
| Fact Discovery Cut-Off Date for Class Certification Issues | November 18, 2026 |
| Last day to serve Initial Expert Disclosures regarding Class Certification Issues | December 23, 2026 |
| Last day to serve Rebuttal Expert Disclosures | January 20, 2027 |
| Expert Discovery Cut-Off date for Class Certification Issues | February 18, 2027 |
| Motion for Class Certification | March 15, 2027 |
| Opposition to Class Certification | April 12, 2027 |
| Reply in Support of Class Certification | April 26, 2027 |
| Hearing on Motion | May or June 2027 |

The Parties believe the proposed schedule provides sufficient time to complete expert analysis and deposition discovery necessary for meaningful class certification briefing, while ensuring the case proceeds efficiently toward resolution of class certification issues.

The Parties respectfully request that the Court adopt the foregoing schedule.

DATED: May 29, 2026

**JAMES HAWKINS APLC**

By: /s/ Nicholas Schieffelin
James R. Hawkins
Christina M. Lucio
Nicholas W. Schieffelin

Attorneys for Plaintiff Eva Vollera, Individually, and on Behalf of Herself and All Others Similarly Situated

Dated: May 29, 2026

O'MELVENY & MYERS, LLP

By /s/ Adam KohSweeney
Adam P. KohSweeney
Katy (Yin Yee) Ho

Attorneys for Defendant United Airlines, Inc.

**Signature Attestation**

I, Christina M. Lucio, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: May 29, 2026

**JAMES HAWKINS, APLC**

*By: /s/Christina M. Lucio*

Christina M. Lucio, Esq.

Attorneys for Plaintiff
EVA VOLLERA, on behalf of herself and all others similarly situated

CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2026 I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, for the Central District of California using the CM/ECF system. All participants are registered CM/ECF users, and will be served by the CM/ECF system.

Dated: May 29, 2026

*/s/ James R. Hawkins*
James R. Hawkins, Esq.